| | |
|---|---|
| **DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO**<br><br>Court Address: City and County Building<br>1437 Bannock Street<br>Denver, CO 80202 | DATE FILED: March 13, 2013 |
| **Plaintiff:** KATHY LEONARD,<br><br>v.<br><br>**Defendant:** AMERICAN NATIONAL PROPERTY AND CASUALTY. | ▲ COURT USE ONLY ▲<br><br>**Case Number**: 13CV30939<br><br>**Division**: 215 |
| **ORDER TO CHANGE CIVIL CASE COVER SHEET DESIGNATION** | |

The Court, having reviewed the JDF 601 Civil Case Cover Sheet and the Complaint filed on February 28, 2013, hereby orders:

☒ This case meets the criteria for inclusion in the Civil Access Pilot Project Applicable to Business Actions in District Court and shall be governed by the rules contained in CJD 11-02 (available at *http://www.courts. state.co.us/Courts/Civil_Rules.cfm*). To ensure compliance with Pilot Project Rule (PPR) 2.2, Plaintiff may file an Amended Complaint within **7 days** of the date of this Order. Plaintiff's initial disclosures under PPR 3.1 must be filed within **21 days** of service of the Amended Complaint, or within **21 days** of the date of this Order if Plaintiff does not amend the Complaint.

Date: March 13, 2013                         BY THE COURT:

*[signature]*

Martin F. Egelhoff
District Court Judge

*Appendix A-7*