IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00758-RPM

KATHY LEONARD,

    Plaintiff,

v.

AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, d/b/a ANPAC,

    Defendant.

_____

ORDER DENYING MOTION TO REMAND
_____

    On March 28, 2013, the plaintiff filed a motion for remand of this civil action, removed to this court under the jurisdiction of 28 U.S.C. § 1332.  The defendant has responded and it is clear that the plaintiff has not limited damages sought to less than $75,000.00 and it is therefore

    ORDERED that the motion to remand is denied.

    Dated: April 22nd, 2013

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____

                                        Richard P. Matsch, Senior District Judge