IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00758-RPM

KATHY LEONARD,

    Plaintiff,

v.

AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, d/b/a ANPAC,

    Defendant.
_____

ORDER OF DISMISSAL
_____

    Pursuant to the Stipulation for Dismissal with Prejudice [18] filed today, it is

    ORDERED that this action is dismissed with prejudice, each party to pay their own costs.

    Dated: January 29th, 2014

                                                   BY THE COURT:

                                                   s/Richard P. Matsch

                                                 _____

                                                 Richard P. Matsch, Senior District Judge